**MEMO ENDORSED**

*Motion Denied.*
**SO ORDERED**

*Lewis A. Kaplan, USDJ*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS,

                Plaintiff,

-against-

WILLIAM H. MILLARD,

                Defendant.
------------------------------------------------------------X
COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS,

                Plaintiff,

-against-

PATRICIA H. MILLARD,

                Defendant.
------------------------------------------------------------X

Civil Action No. 1:11-MC-00099

**NOTICE OF CROSS-MOTION**

Civil Action No. 1:11-MC-00100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/12

**NOTICE OF CROSS-MOTION FOR TRANSFER OF VENUE TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION, AND FOR A RULE 26 PROTECTIVE ORDER**

PLEASE TAKE NOTICE that upon the annexed Declaration of Terry M. Giles, Esq. dated September 21, 2012, the Declaration of Richard M. Mahon, II, Esq., dated September 21, 2012, and the Exhibits annexed thereto, and upon the Cross-Movant's supporting Memorandum of Law and the Plaintiff's Motion to Compel and the prior Decisions and Orders rendered in these consolidated proceedings under Civil Action Docket Nos. 1:11-MC-00099 and 1:11-MC-00100, and further upon the civil action ongoing in the United States District Court for the Middle District of Florida, Orlando Division, under Case No. 6:11-CV-1927-ORL, captioned as