```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
COMMONWEALTH OF THE NORTHERN                                :
MARIANA ISLANDS,                                            :
                                                            :
        Plaintiff,                                          :
                                                            :
v.                                                          :   No. 11 MISC 00099
                                                            :
WILLIAM H. MILLARD,                                         :
                                                            :
        Defendant.                                          :
                                                            :
------------------------------------------------------------X
                                                            :
COMMONWEALTH OF THE NORTHERN                                :
MARIANA ISLANDS,                                            :
                                                            :
        Plaintiff,                                          :
                                                            :
v.                                                          :   No. 11 MISC 00100
                                                            :
PATRICIA H. MILLARD,                                        :
                                                            :
        Defendant.                                          :
                                                            :
------------------------------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/14

## [~~PROPOS~~ED] ORDER

Upon the motions of the plaintiff, the Commonwealth of the Northern Mariana Islands, to vacate the registered judgments entered in—and to dismiss the above-captioned miscellaneous actions with prejudice pursuant to Rules 41(a)(2) and 60(b)(5) of the Federal Rules of Civil Procedure, and upon the accompanying memorandum and exhibits, and all other papers and proceedings herein:

**IT IS HEREBY ORDERED** that the judgments of this Court in Case Nos. 11 Misc. 00099 and 11 Misc. 00100 resulting from the registrations pursuant to 28 U.S.C. § 1963 of the underlying

1

judgments rendered by the U.S. District Court for the Northern Mariana Islands (in original Case Nos. 1:93-cv-00028 and 1:93-cv-00029 (D.N.M.I.)) are vacated pursuant to Fed. R. Civ. P. 60(b)(5).

**IT IS HEREBY FURTHER ORDERED** that the miscellaneous enforcement actions (Case Nos. 11 Misc. 00099 and 11 Misc. 00100) in this Court are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

_____
UNITED STATES DISTRICT JUDGE

Dated: Oct. 21, 2014
New York, New York

2